# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY RODRIGUEZ, | Case No. 1:23-cv-01464-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 12) |
| Defendant. | |

On January 11, 2024, Plaintiff submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline from January 16, 2024, to February 15, 2024. (ECF No. 13.) The Court finds good cause exists to grant the first extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The Plaintiff's motion to modify the schedule (ECF No. 12) is GRANTED;

2. Plaintiff shall have until **February 15, 2024**, to file the motion for summary judgment; and

///

///

///

///

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **January 12, 2024**

_____
UNITED STATES MAGISTRATE JUDGE